STATE OF NEW JERSEY v. GARLAND WHITE.

February 7, 1989.

Petition for certification denied.

KENNETH R. NICHOLS v. MODERN HANDLING EQUIPMENT
CO. OF NEW JERSEY, INC., ET AL.

February 7, 1989.

Petition for certification denied.

MARGUERITE FOREST, ET AL. v. BOROUGH OF TINTON FALLS,
ET AL.

February 7, 1989.

Petition for certification denied.

PERMA–GUARD FENCE COMPANY v. UNITED STATES STEEL
CORPORATION, ET AL. v. MERCHANTS METALS, INC. v.
INTERNATIONAL PIPE AND STEEL, ET AL.

February 7, 1989.

Petition for certification denied.